DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SCOTT FLANIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT FLANIGAN,<br><br>　　　　Defendant. | CR.S 09-216-GGH<br><br>**STIPULATION AND ORDER**<br><br>DATE: September 3, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

　　It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, SCOTT FLANIGAN, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the judgment and sentencing hearing set for Thursday, September 3, 2009, be vacated and continued to Monday, October 5, 2009 at 9:00 a.m.

///

///

///

The reason for this continuance is to allow the defendant time to request time off work and arrange for transportation.

DATED: September 1, 2009            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Lauren D. Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SCOTT FLANIGAN


DATED: September 1, 2009            LAWRENCE G. BROWN
                                    United States Attorney

                                    /s/ Matthew Stegman

                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 3, 2009.

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        United States District Judge

flanigan.ord