DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SCOTT FLANIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-216 GGH |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE PURSUANT TO 18 USC § 3607 |
| SCOTT FLANIGAN, | |
| Defendant. | Time: |
| | Judge: Hon. Gregory G. Hollows |

On October 7, 2009 this Court sentenced the defendant, Scott Flanigan, to a 12 month period of probation pursuant to 18 U.S.C. § 3607. The parties agree that Mr. Flanigan has successfully completed his term of probation. Accordingly, pursuant to 18 U.S.C. §3607(a), *this case is dismissed without a judgment of conviction*.

**It is so ordered.**

Dated: May 18, 2011                    /s/ Gregory G. Hollows
                                       _____
                                       HON GREGORY G. HOLLOWS
                                       United States Magistrate Judge